1   LAW OFFICES OF BILL LATOUR
2   BILL LATOUR [CSBN: 169758]
3       1420 E. Cooley Dr., Suite 100
        Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7   Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  HEATHER REESE,                    )    No.  EDCV 11-149 VBK
11                                    )
12      Plaintiff,                    )    ORDER AWARDING EAJA FEES
                                      )
13      v.                            )
                                      )
14                                    )
    MICHAEL J. ASTRUE,                )
15  Commissioner Of Social Security,  )
16                                    )
17      Defendant.                    )
18
19      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20      IT IS ORDERED that EAJA fees are awarded in the amount of TWO
    THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the
21  terms of the stipulation.
22      DATE:  November 17, 2011      _____/s/_____
23
24                                    HON. VICTOR B. KENTON
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-